Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JESUS FERNANDEZ,
          Plaintiff,

v.

MARIA BADAMI, Physician's Assistant,
          Defendant.
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-5-22

**ORDER**

20 CV 10287 (VB)

    Plaintiff, proceeding pro se and in forma pauperis, brings claims under 42 U.S.C. § 1983 for violations of his constitutional rights.

    On April 6, 2021, the Court entered an Amended Order of Service ordering the U.S. Marshals Service to effectuate service on defendant Maria Badami—a Jane Doe defendant identified by the Office of the New York State Attorney General ("NYAG")—at Downstate Correctional Facility, which was the address provided by the NYAG. (Doc. #15).

    On March 31, 2022, the U.S. Marshal's Service docketed a Process Receipt and Return of Service Unexecuted, indicating that it had been unable to effectuate service on Badami despite "multiple in-person endeavors" because "Downstate Corr[ectional] Facility is no longer open" and the "facility [has] shutdown." (Doc. #33).

    Accordingly, it is HEREBY ORDERED that by **April 19, 2022**, the NYAG shall ascertain a new, updated address where defendant Maria Badami may be served and provide this information to plaintiff and the Court.

    Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: April 5, 2022
       White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge