Copies Mailed/Faxed 5/4/23
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JESUS FERNANDEZ,
        Plaintiff,
v.

MARIA BADAMI, Physician's Assistant,
        Defendant.
-----------------------------------------------------------x

**ORDER**

20 CV 10287 (VB)

    On May 2, 2023, the Court's mailing to plaintiff of the Court's scheduling order dated April 17, 2023 (Doc. #47), to Bare Hill Correctional Facility ("Bare Hill"), was returned with a note indicating plaintiff is no longer at that address.

    Plaintiff listed Bare Hill as his mailing address on the amended complaint (Doc. #5) and on his opposition to defendant's motion to dismiss (Doc. #44). However, the note from Bare Hill states plaintiff was released from Orleans Correctional Facility ("Orleans") on April 13, 2023, and that Bare Hill sent a copy of the scheduling order to Orleans for forwarding to the address plaintiff provided at release. The note did not provide, and the Court is not aware of, plaintiff's current address.

    **Plaintiff is reminded that it is his obligation to update the Court in writing of any changes to his mailing address. If he fails to do so, the case may be dismissed for failure to comply with a Court order or for failure to prosecute.** See Fed. R. Civ. P. 41(b).

    Plaintiff is further reminded that, as stated in the scheduling order, he is required to attend the telephone conference on **May 31, 2023, at 9:30 a.m.** Plaintiff shall attend the conference by calling the following number and entering the access code when requested:

    **Dial-In Number: (888) 363-4749 (toll free) or (215) 446-3662**

    **Access Code: 1703567**

    Chambers will mail a copy of this Order to plaintiff at Orleans Correctional Facility, 3531 Gaines Basin Road, Albion, NY 14411-9199, for forwarding.

Dated: May 4, 2023
       White Plains, NY

                              SO ORDERED:

                              /s/ Vincent L. Briccetti
                              Vincent L. Briccetti
                              United States District Judge